IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

OCT - 2 2006

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By:_____
Deputy Clerk

| HASKELL AIRINGTON, | )( |
| Plaintiff | )( |
| | )( |
| vs. | )( CIVIL ACTION NO. 06-105-RAW |
| | )( |
| JO ANNE B. BARNHART, | )( |
| Commissioner, SSA | )( |
| Defendant. | )( |

## ORDER

Before the Court is an Agreed Motion To Reverse and Remand to the Commissioner ("Defendant") for further administrative proceedings before an Administrative Law Judge (ALJ). The transcript of the medical expert contains excessive inaudible notations which precludes the Court from performing a meaningful judicial review of the Agency's decision. Thus, on remand, the Commissioner will develop the record, hold another hearing, and issue a new decision. The ALJ should obtain additional testimony from a medical expert and re-evaluate the Agency's decision of whether or not Plaintiff's disability ceased as of June 2001.

Upon examination of the merits of this case, the Court finds that good cause exists to remand this case for further proceedings. It is hereby ORDERED that the Agreed Motion to Remand be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

THUS DONE AND SIGNED on this 2nd day of October, 2006.

United States District Court Judge